AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Flanagan, Louise W. | US District Court, NC | 05/08/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge | ☐ Nomination　Date<br>☐ Initial　☑ Annual　☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

US Courthouse
413 Middle Street
New Bern, NC 28560

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 05/08/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Deposits at First Citizens Bank | A | Interest | J | T | | | | | |
| 2. Clearbridge Small Cap C (formerly Clearbridge Special Inv Tr) | | None | | | Sold | 11/17/16 | J | A | |
| 3. Clearbridge Value Trust | | None | | | Sold | 11/17/16 | K | D | |
| 4. Receivable-Noucoux UN, LLC (Buyout of LLC Interest) (X) | C | Interest | M | T | | | | | |
| 5. Scholars Choice 529 Plan, Balance 50/50 Portfolio NO CONTROL | | None | L | T | Sold (part) | 07/19/16 | J | A | |
| 6. | | | | | Sold (part) | 09/09/16 | J | A | |
| 7. | | | | | Sold (part) | 11/07/16 | J | A | |
| 8. | | | | | Sold (part) | 11/09/16 | J | A | |
| 9. MET GAC Series | | None | O | T | Buy (add'l) | 08/31/16 | J | | |
| 10. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 11. | | | | | Sold (part) | 11/22/16 | J | A | |
| 12. Fidelity Spartan 500 Index Inv | C | Dividend | M | T | Buy (add'l) | 08/31/16 | J | | |
| 13. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 14. | | | | | Sold (part) | 11/22/16 | J | A | |
| 15. Fidelity Spartan ExtMkt Index Inv | B | Dividend | K | T | Buy (add'l) | 08/31/16 | J | | |
| 16. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 17. | | | | | Sold (part) | 11/22/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Europacific Growth R6 | A | Dividend | L | T | Buy (add'l) | 08/31/16 | J | | |
| 19. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 20. | | | | | Sold (part) | 11/22/16 | J | A | |
| 21. Mainstay Large Cap Growth I | D | Dividend | M | T | Buy (add'l) | 08/31/16 | J | | |
| 22. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 23. | | | | | Sold (part) | 11/22/16 | J | A | |
| 24. | | | | | Buy (add'l) | 12/14/16 | L | | |
| 25. MFS Value R4 | B | Dividend | M | T | Buy (add'l) | 08/31/16 | J | | |
| 26. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 27. | | | | | Sold (part) | 11/22/16 | J | A | |
| 28. | | | | | Buy (add'l) | 12/14/16 | L | | |
| 29. J Hancock Disciplined Val MCap I | A | Dividend | K | T | Buy (add'l) | 08/31/16 | J | | |
| 30. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 31. | | | | | Sold (part) | 11/22/16 | J | A | |
| 32. Vanguard Total Int'l Stock Index | B | Dividend | L | T | Buy (add'l) | 08/31/16 | J | | |
| 33. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 34. | | | | | Sold (part) | 11/22/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Balanced R6 | D | Dividend | M | T | Buy (add'l) | 08/31/16 | J | | |
| 36. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 37. | | | | | Sold (part) | 11/22/16 | J | A | |
| 38. Loomis Sayles Global Bond Inst'l | A | Dividend | | | Buy (add'l) | 08/31/16 | J | | |
| 39. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 40. | | | | | Sold (part) | 11/22/16 | J | A | |
| 41. | | | | | Sold | 12/14/16 | M | A | |
| 42. Eagles Small Cap Growth | A | Dividend | K | T | Buy (add'l) | 08/31/16 | J | | |
| 43. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 44. | | | | | Sold (part) | 11/22/16 | J | A | |
| 45. Delaware Small Cap Value Inst'l | A | Dividend | K | T | Buy (add'l) | 08/31/16 | J | | |
| 46. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 47. | | | | | Sold (part) | 11/22/16 | J | A | |
| 48. Metropolitan West Total Return | C | Int./Div. | M | T | Buy (add'l) | 08/31/16 | J | | |
| 49. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 50. | | | | | Sold (part) | 11/22/16 | J | A | |
| 51. DoubleLine Total Return Bond | C | Dividend | L | T | Sold (part) | 01/19/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 53. | | | | | Buy (add'l) | 12/13/16 | K | | |
| 54. | | | | | Sold (part) | 12/20/16 | J | A | |
| 55. Guggenheim Total Return Bond Fd | C | Dividend | | | Sold (part) | 01/19/16 | J | A | |
| 56. | | | | | Buy (add'l) | 12/13/16 | K | | |
| 57. | | | | | Sold | 12/20/16 | M | A | |
| 58. PIMCO Income Fund Inst'l Class | C | Dividend | L | T | Sold (part) | 01/20/16 | J | A | |
| 59. | | | | | Buy (add'l) | 12/13/16 | K | | |
| 60. | | | | | Sold (part) | 12/21/16 | J | A | |
| 61. PIMCO Stock Plus International Fd | | None | | | Buy (add'l) | 01/19/16 | J | | |
| 62. | | | | | Sold | 03/08/16 | K | A | |
| 63. IShares TR Dow Jones US Real Estate Index Fund | | None | | | Sold | 03/08/16 | K | C | |
| 64. Pershing Gov't Money Market | | None | J | T | | | | | |
| 65. Advisory Research MLP & Energy | A | Dividend | K | T | Buy | 12/21/16 | K | | |
| 66. Angel Oak Multi Strategy Income Fd | D | Dividend | | | Sold (part) | 01/20/16 | J | A | |
| 67. | | | | | Sold (part) | 06/15/16 | K | A | |
| 68. | | | | | Buy (add'l) | 12/14/16 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 12/20/16 | M | A | |
| 70. Federated Strategic Value | A | Dividend | L | T | Buy | 12/20/16 | L | | |
| 71. Franklin Income Fund Advisor | | None | L | T | Buy | 12/20/16 | L | | |
| 72. Mainstay High Yield Corporate Bond | | None | L | T | Buy | 12/20/16 | L | | |
| 73. Pacific Funds Floating Rate | A | Dividend | L | T | Buy | 12/20/16 | L | | |
| 74. Stone Ridge All Asset Variance Risk | C | Dividend | K | T | | | | | |
| 75. Stone Ridge Alternative Funding | C | Dividend | K | T | Buy | 06/14/16 | K | | |
| 76. Stone Ridge Reinsurance Risk | A | Dividend | | | Sold (part) | 01/19/16 | J | A | |
| 77. | | | | | Merged (with line 78) | 12/16/16 | K | | |
| 78. Stone Ridge High Yield Reinsurance | B | Dividend | | | Sold (part) | 01/19/16 | J | A | |
| 79. | | | | | Sold | 12/13/16 | L | A | |
| 80. Stone Ridge US Master Variance | B | Dividend | | | Sold | 12/20/16 | K | B | |
| 81. Stone Ridge Int'l Master Variance | | None | | | Sold | 06/14/16 | K | A | |
| 82. Stone Ridge Reinsurance Risk Premium | C | Dividend | L | T | | | | | |
| 83. Summit Global Investments US | B | Dividend | | | Buy | 06/14/16 | L | | |
| 84. | | | | | Sold | 12/20/16 | L | A | |
| 85. Thornburg Investment Income | A | Dividend | L | T | Buy | 12/20/16 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Versus Capital Multi-Manager | B | Dividend | L | T | Buy | 03/08/16 | K | | |
| 87. | | | | | Buy (add'l) | 12/20/16 | L | | |
| 88. Hamlin High Dividend Equity Fd | B | Dividend | | | Sold (part) | 06/14/16 | J | A | |
| 89. | | | | | Sold | 12/21/16 | L | A | |
| 90. IShares TR Barclays 7-10 Yr Treas | A | Dividend | | | Sold (part) | 01/19/16 | J | A | |
| 91. | | | | | Sold (part) | 12/13/16 | K | A | |
| 92. | | | | | Sold | 12/20/16 | K | A | |
| 93. IShares TR Core US Aggregate Bond | B | Dividend | | | Buy | 03/08/16 | L | | |
| 94. | | | | | Sold (part) | 12/13/16 | K | A | |
| 95. | | | | | Sold | 12/20/16 | K | A | |
| 96. IShares TR Select Divid ETF | A | Dividend | K | T | Buy | 12/20/16 | K | | |
| 97. JP Morgan Chase & Co Alerian MLP | A | Dividend | | | Buy (add'l) | 01/19/16 | J | | |
| 98. | | | | | Sold | 03/08/16 | K | A | |
| 99. Vanguard Specialized Portfolios | A | Dividend | | | Sold | 12/20/16 | L | D | |
| 100. Vanguard Int'l Equity Index | B | Dividend | | | Buy (add'l) | 01/19/16 | J | | |
| 101. | | | | | Sold (part) | 06/14/16 | K | A | |
| 102. | | | | | Sold | 12/20/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Blackrock Global Allocation Fd Inc | | None | | | Sold | 01/11/16 | L | A | |
| 104. Blackrock Total Return | C | Dividend | | | Buy | 01/11/16 | L | | |
| 105. | | | | | Sold | 12/20/16 | L | A | |
| 106. Eagle Mid-Cap Growth | A | Dividend | K | T | Buy | 12/20/16 | K | | |
| 107. First Eagle Global Fund Class I | D | Dividend | M | T | | | | | |
| 108. Franklin Income Fund Advisor Class | A | Dividend | | | Sold | 01/11/16 | L | A | |
| 109. Fundamental Investors Class | C | Dividend | L | T | Buy | 01/11/16 | K | | |
| 110. JP Morgan Small-Cap Equity | | None | K | T | Buy | 12/20/16 | K | | |
| 111. Loomis Sayles Strategic Income | | None | | | Sold | 01/11/16 | L | A | |
| 112. Templeton Global Bond Fd Advisor Cl | | None | | | Sold | 01/11/16 | K | A | |
| 113. Wells Fargo advantage Absolute | | None | | | Sold | 12/21/16 | L | B | |
| 114. Alger Spectra Fund Class Z (formerly Alger Spectra Fund Class I) | A | Dividend | K | T | | | | | |
| 115. Federated Strategic Value | D | Dividend | M | T | | | | | |
| 116. Mainstay Unconstrained Bond | B | Dividend | | | Sold | 12/20/16 | L | A | |
| 117. MFS Mid-Cap Value Fund Class I | | None | K | T | Buy | 12/20/16 | K | | |
| 118. Metropolitan West Total Return | C | Dividend | | | Buy | 01/11/16 | L | | |
| 119. | | | | | Sold | 12/20/16 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  ISHARES TR Core S&P Mid-Cap | B | Dividend | M | T | Buy (add'l) | 12/20/16 | K | | |
| 121.  ISHARES TR Core S&P Small-Cap | B | Dividend | M | T | Buy (add'l) | 12/20/16 | K | | |
| 122.  SPDR S&P 500 ETF TR Unit | B | Dividend | M | T | Buy (add'l) | 12/20/16 | K | | |
| 123.  Pershing Gov't Acct Money Market | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 05/08/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Louise W. Flanagan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544